**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

PAUL RICHARD SANCHEZ,                    No C-10-0597 VRW (PR)

          Petitioner,

     v                                         ORDER OF TRANSFER

A J SALINAS, Warden,

          Respondent.
_____/

       Petitioner seeks federal habeas review of a conviction from the superior court of the State of California in and for the county of Sacramento, which lies within the venue of the Eastern District of California.  See 28 USC § 84(b).  Petitioner is incarcerated at Deuel Vocational Institution in Tracy, county of San Joaquin, which also lies within the venue of the Eastern District of California.  Id.

       Venue in a habeas action is proper in either the district of confinement or the district of conviction.  See 28 USC § 2241(d).  Because both the county of conviction and confinement lie within the Eastern District of California, pursuant to 28 USC § 1404(a) and

1 | Habeas Local Rule 2254-3(b) and in the interest of justice, the
2 | Court orders this Petition TRANSFERRED to the United States District
3 | Court for the Eastern District of California.
4 |          The clerk shall transfer this matter and terminate all
5 | pending motions as moot.
6
7 |          IT IS SO ORDERED.
8
9 |                                 _____
10|                                 VAUGHN R WALKER
                                    United States District Chief Judge

26 | G:\PRO-SE\VRW\HC.10\Sanchez-10-597-hc-transfer-caed.wpd