IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

PAUL RICHARD SANCHEZ, JR.,

    Petitioner,                    No. CIV S-10-0737 KJM P

    vs.

A.J. SALINAS,

    Respondent.               ORDER

_____/

    Petitioner, a state prisoner proceeding pro se, has filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254, together with an application to proceed in forma pauperis.

    Examination of the in forma pauperis application reveals that petitioner is unable to afford the costs of suit. Accordingly, the application to proceed in forma pauperis will be granted. See 28 U.S.C. § 1915(a).

    In his petition, petitioner indicates that he has not presented some of his claims to the California Supreme Court. It is not clear which ones. Because this court can only grant relief as to a particular claim if state court remedies have been exhausted with respect to that claim, 28 U.S.C. § 2254(b)(1), petitioner will be granted twenty-one days within which to identify which claims have been presented to the California Supreme Court and which have not.

1

1 Plaintiff's failure to comply with this order will result in this action being dismissed under Rule 41(b) of the Federal Rules of Civil Procedure.

In accordance with the above, IT IS HEREBY ORDERED that:

1. Petitioner's request to proceed in forma pauperis is granted; and

2. Within twenty-one days, petitioner shall file a document indicating which claims in his habeas application have been presented to the California Supreme Court and which have not.

DATED: April 30, 2010.

_____
U.S. MAGISTRATE JUDGE

1
sanc0737.ext