IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

PAUL RICHARD SANCHEZ, JR.,

    Petitioner,                    No. CIV-S-10-0737 GEB DAD (TEMP) P

    vs.

A.J. SALINAS,

    Respondent.             ORDER

_____/

        On January 20, 2011, respondent filed a motion to dismiss. Petitioner has not opposed the motion. Good cause appearing, IT IS HEREBY ORDERED that within thirty days of the date of this order, petitioner shall file an opposition to the motion to dismiss or a statement of non-opposition. Failure to comply with this order will result in dismissal of this action pursuant Federal Rule of Civil Procedure 41(b).

DATED: March 9, 2011.

                                                      DALE A. DROZD
                                                      UNITED STATES MAGISTRATE JUDGE

DAD:kc
sanc0737.46