IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

PAUL RICHARD SANCHEZ, JR.,

    Petitioner,                     No. CIV-S-10-0737 GEB DAD (TEMP) P

    vs.

KELLY HARRINGTON,

    Respondent.                 <u>ORDER</u>

_____/

        Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

        On June 23, 2011, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within twenty-one days.  Neither party has filed objections to the findings and recommendations.

        The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.  Accordingly, IT IS HEREBY ORDERED that:

/////

1

1. Respondent's January 20, 2011, motion to dismiss (Doc. No. 25) is denied;

2. Petitioner's April 11, 2011, unopposed request for a stay (Doc. No. 29) is granted;

3. The Clerk of the Court is directed to administratively close this case; and

4. Petitioner is directed to provide the court with a status report every ninety days as to his progress in exhausting his unexhausted claims in state court, including the status of any state habeas petition he may elect to file.

Dated: August 1, 2011

_____
GARLAND E. BURRELL, JR.
United States District Judge